**Order entered October 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00142-CV

### DARREN MELTON, Appellant

### V.

### 601 JEALOUSE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06444-B**

## ORDER

Before the Court is the October 23, 2019 request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **November 4, 2019**.

        /s/     BILL WHITEHILL
                 JUSTICE